**United States District Court**
For the Northern District of California

\*E-FILED\*
September 26, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PIONEER CORPORATION, | No. C 06-05791 RS |
| Plaintiff, | |
| v. | **ORDER OF RECUSAL** |
| SAMSUNG SDI CO., LTD., | |
| Defendant. | |

I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

IT IS SO ORDERED.

Dated: September 26, 2006

RICHARD SEEBORG
United States Magistrate Judge

Dockets.Justia.com

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Harold J. McElhinny     HMcElhinny@mofo.com, vsmith@mofo.com

Andrew E. Monach     amonach@mofo.com, jgrady@mofo.com

Thomas L. Treffert     TTreffert@mofo.com

Dated: September 26, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg