*E-FILED*
September 26, 2006

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PIONEER CORPORATION,                              No. C 06-05791 RS

       Plaintiff,

  v.                                                          **ORDER OF RECUSAL**

SAMSUNG SDI CO., LTD.,

       Defendant.
_____/

     I hereby recuse myself from hearing or determining any matters as Presiding Judge in the above-entitled action. The Clerk of Court shall randomly reassign this case.

     IT IS SO ORDERED.

Dated: September 26, 2006

_____
RICHARD SEEBORG
United States Magistrate Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Harold J. McElhinny HMcElhinny@mofo.com, vsmith@mofo.com

Andrew E. Monach amonach@mofo.com, jgrady@mofo.com

Thomas L. Treffert TTreffert@mofo.com

Dated: September 26, 2006

/s/ BAK
Chambers of Magistrate Judge Richard Seeborg