| | |
|---|---|
| 1 | Harold J. McElhinny (Bar No. 66781) |
|   | Andrew E. Monach (Bar. No. 87891) |
| 2 | Thomas L. Treffert (Bar. No. 175182) |
|   | Jason R. Bartlett (Bar No. 214530) |
| 3 | MORRISON & FOERSTER LLP |
|   | 425 Market Street |
| 4 | San Francisco, California 94105-2482 |
|   | Telephone: (415) 268-7000 |
| 5 | E-mail: amonach@mofo.com |
| 6 | Karen L. Hagberg |
|   | MORRISON & FOERSTER LLP |
| 7 | 1290 Avenue of the Americas |
|   | New York, NY 10104-0050 |
| 8 | Telephone: (212) 468-8000 |
| 9 | Attorneys for Plaintiff |
|   | PIONEER CORPORATION |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PIONEER CORPORATION, a Japanese corporation, | | Case No. C 06 5791 CB |
| | Plaintiff, | **STIPULATION AND ~~PROPOSED~~ ORDER RE RESCHEDULING INITIAL CASE MANAGEMENT CONFERENCE** |
| v. | | |
| SAMSUNG SDI CO., LTD., a Korean corporation, | | |
| | Defendant. | |
| AND RELATED COUNTERCLAIMS | | |

The parties hereto, through their respective counsel, respectfully request that the initial case management conference in this case be rescheduled from January 5, 2007 at 8:30 a.m., to January 12, 2007 at 8:30 a.m. (or such other time the morning of January 12 as may be convenient to the Court). The reason for the request is that lead counsel for Pioneer has a scheduling conflict on January 5, and lead counsel for SDI, who resides in Texas, has a conference scheduled in another court in the Northern District on January 12 at 1:30 p.m.

STIPULATION AND PROPOSED ORDER RE RESCHEDULING CASE MANAGEMENT CONFERENCE
Case No. C 06 5791 CB           1
sf-2239481

| | |
|---|---|
| 1 | The parties propose that the case management statement be filed on or before December 29, |
| 2 | one week after the currently-scheduled filing date. |
| 3 | SO STIPULATED: |
| 4 | Dated: December 8, 2006 |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | Dated: December 8, 2006 |

Harold J. McElhinny
Andrew J. Monach
Thomas L. Treffert
Jason R. Bartlett
MORRISON & FOERSTER LLP

By: _____
Andrew E. Monach
Attorneys for Plaintiff
PIONEER CORPORATION

Stephen E. Taylor
TAYLOR & COMPANY LAW OFFICES, INC.

By: _____
Stephen E. Taylor
Attorneys for Defendant
SAMSUNG SDI CO., LTD.

IT IS SO ORDERED:

Dated: December 11, 2006

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" stamp signed by Judge Charles R. Breyer]*