STEPHEN E. TAYLOR (SBN 58452)
JAN J. KLOHONATZ (SBN 111718)
TAYLOR & COMPANY LAW OFFICES, INC.
One Ferry Building, Suite 355
San Francisco, California 94111
Telephone: (415) 788-8200
Facsimile:  (415) 788-8208
E-mail: staylor@tcolaw.com
E-mail: jklohonatz@tcolaw.com

SCOTT F. PARTRIDGE (TEXAS SBN 00786940)
(*Pro Hac Vice Application to be filed*)
MITCHELL D. LUKIN (TEXAS SBN 12678750)
(*Pro Hac Vice Application to be filed*)
L. GENE SPEARS (TEXAS SBN 18896350)
(*Pro Hac Vice Application to be filed*)
MICHAEL HAWES (TEXAS SBN 24010761)
(*Pro Hac Vice Application to be filed*)
ELIZABETH L. DURHAM (TEXAS SBN 24045815)
(*Pro Hac Vice Application to be filed*)
BAKER BOTTS L.L.P.
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995
Telephone: (713) 229-1234
Facsimile:  (713) 229-7769
E-mail: scott.partridge@bakerbotts.com
E-mail: mitch.lukin@bakerbotts.com
E-mail: gene.spears@bakerbotts.com
E-mail: michael.hawes@bakerbotts.com
E-mail: liz.durham@bakerbotts.com

Attorneys for Defendant and Counter-Claimant
SAMSUNG SDI CO., LTD.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PIONEER CORPORATION, a Japanese corporation,<br><br>    Plaintiff,<br><br>v.<br><br>SAMSUNG SDI CO., LTD., a Korean corporation,<br><br>    Defendant. | Case No. C-06-5791 (CRB)<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR CLAIM CONSTRUCTION HEARING** |

1.

1  SAMSUNG SDI CO., LTD., a Korean
   corporation,
2
            Counter-Claimant,
3
   v.
4
   PIONEER CORPORATION, a Japanese
5  corporation,
6           Counter-Defendant.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2.

TAYLOR & CO.
LAW OFFICES, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CLAIM CONSTRUCTION HEARING:  CASE NO. C-06-5791 (CRB)

1   WHEREAS, the Initial Case Management Conference in this case was held in this Court before
2 the Honorable Charles R. Breyer on January 12, 2007;
3   WHEREAS, at that Initial Case Management Conference the Court set Monday, August 6,
4 2007, at 2:30 p.m., as the date and time for the Claim Construction hearing in this matter;
5   WHEREAS, Scott F. Partridge, lead counsel at Baker Botts L.L.P. representing defendant
6 Samsung SDI Co., Ltd., has a conflict that will prevent him from being able to attend the Claim
7 Construction hearing on August 6, but he could attend the hearing if it were to be rescheduled by the
8 Court for Thursday, August 9, 2007; and
9   WHEREAS, counsel for all parties have met and conferred, and counsel for plaintiff Pioneer
10 Corporation does not object to moving the date of the Claim Construction hearing from August 6,
11 2007, to August 9, 2007;
12 ///
13 ///
14 ///
15 ///
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

3.

TAYLOR & CO.
LAW OFFICES, INC.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CLAIM CONSTRUCTION HEARING: CASE NO. C-06-5791 (CRB)

1  NOW, THEREFORE, it is hereby stipulated and agreed, among the parties to the above-
2  captioned action, through their respective counsel of record, that the Claim Construction hearing in the
3  captioned action be continued from the afternoon of August 6, 2007, to Thursday, August 9, 2007, at
4  2:30 p.m., or at such other time as may be convenient for the Court.

6  Dated: January 31, 2007          By: /s/ Stephen E. Taylor

7                                        Stephen E. Taylor
                                          Jan J. Klohonatz
8                                         TAYLOR & COMPANY LAW OFFICES, INC.

9                                         Scott F. Partridge (*Pro Hac Vice Application to be filed*)
                                          Mitchell D. Lukin (*Pro Hac Vice Application to be filed*)
10                                        L. Gene Spears (*Pro Hac Vice Application to be filed*)
                                          Michael Hawes (*Pro Hac Vice Application to be filed*)
11                                        Elizabeth L. Durham (*Pro Hac Vice Application to be filed*)
                                          BAKER BOTTS L.L.P.
12
                                          Attorneys for Defendant and Counter-Claimant
13                                        SAMSUNG SDI CO., LTD

14
15  Dated: January __, 2007          MORRISON & FOERSTER, LLP

17                                   By: _____
                                          Andrew J. Monach

18                                   Attorneys for Plaintiff PIONEER CORPORATION

19
20  IT IS SO ORDERED.

21  DATED: February 2, 2007

22                                        HONORABLE CHARLES R. BREYER
                                          UNITED STATES DISTRICT COURT JUDGE

---

TAYLOR & CO.
LAW OFFICES, INC.

4.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CLAIM CONSTRUCTION HEARING: CASE NO. C-06-5791 (CRB)

1   NOW, THEREFORE, it is hereby stipulated and agreed, among the parties to the above-
2 captioned action, through their respective counsel of record, that the Claim Construction hearing in the
3 captioned action be continued from the afternoon of August 6, 2007, to Thursday, August 9, 2007 at
4 2:30 p.m., or at such other time as may be convenient for the Court.

6 Dated: January ___, 2007          By: _____

7                                   Stephen E. Taylor
                                    Jan J. Klohonatz
8                                   TAYLOR & COMPANY LAW OFFICES, INC.

9                                   Scott F. Partridge (*Pro Hac Vice Application to be filed*)
                                    Mitchell D. Lukin (*Pro Hac Vice Application to be filed*)
10                                  L. Gene Spears (*Pro Hac Vice Application to be filed*)
                                    Michael Hawes (*Pro Hac Vice Application to be filed*)
11                                  Elizabeth L. Durham (*Pro Hac Vice Application to be filed*)
                                    BAKER BOTTS L.L.P.
12
                                    Attorneys for Defendant and Counter-Claimant
13                                  SAMSUNG SDI CO., LTD

14  Dated: January 30, 2007         MORRISON & FOERSTER LLP
15
16                                  By: /s/ Andrew E. Monach
17                                       Andrew E. Monach

18                                  Attorneys for Plaintiff PIONEER CORPORATION

19  IT IS SO ORDERED.
20
21  DATED: _____            _____
                                    HONORABLE CHARLES R. BREYER
22                                  UNITED STATES DISTRICT COURT JUDGE

28                                          4.

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
CLAIM CONSTRUCTION HEARING: CASE NO. C-06-5791 (CRB)