United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PIONEER CORP.,

Plaintiff,

v.

SAMSUNG SDI CO. LTD.,

Defendant.

_______________________________/

No. C 06-05791 CRB

**ORDER TRANSFERRING CASE**

Now pending before the Court is defendant Samsung's motion to transfer this action to the Eastern District of Texas. After carefully considering the papers filed by the parties, and having had the benefit of oral argument, the Court finds that it is in the interest of justice to GRANT the motion to transfer.

Two of the Samsung patents which Pioneer put at issue in this lawsuit (No. 6,828,731 and No. 6,674,237), and the two Pioneer patents which Pioneer asserted in the Texas lawsuit (No. 5,640,068 and No. 5,182,489), involve micro-level plasma display panel structure. It is in the interests of justice to have one judge (or at least the possibility that one judge will) preside over cases between the same parties involving the same technology. Furthermore, the third patent at issue in this District (No. 6,090,464) is technologically far less complex than all the other patents at issue in the two cases combined, so it will not significantly complicate the issues for a jury. In any event, the judges in Texas can decide, with the assistance of the parties, how these related cases should be managed.

United States District Court
For the Northern District of California

Finally, Pioneer's choice of forum is entitled to little weight as it has not identified any contacts with this District, and it filed its infringement lawsuit in the Eastern District of Texas. *Williams v. Bowman*, 157 F. Supp. 2d 1103, 1106 (N.D. Cal. 2001). Pioneer has not identified any factors that make this District more convenient for this case and the Eastern District of Texas more convenient for its other case.

Accordingly, Samsung's motion to transfer is GRANTED.

**IT IS SO ORDERED.**

Dated: March 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE